IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BROCK ANDERSON,<br><br>Defendant. | No. 23-CR-90-R<br><br>21 U.S.C. § 844(a), 21 U.S.C. § 802(32)(A) and 21 U.S.C. § 813 (Simple Possession of a Controlled Substance and Controlled Substance Analogue) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 1, 2021 through January 21, 2022, in the District of Wyoming, the Defendant, **BROCK ANDERSON**, unlawfully, knowingly, and intentionally possessed or attempted to possess a mixture or substance containing a detectable amount of:

a.  N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance;

b.  2, 3 and 4-fluoromethamphetamine, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813; and

c.  4-fluoromethylphenidate, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813; and

said substances were not obtained directly, or pursuant to a valid prescription or order, from a practitioner, while acting in the course of professional practice.

In violation of 21 U.S.C. § 844(a), 21 U.S.C. § 802(32)(A) and 21 U.S.C. § 813.

**DATED** this 18 day of July, 2023.

                        NICHOLAS VASSALLO
                        United States Attorney

By:    */s/ Stephanie I. Sprecher*
        STEPHANIE I. SPRECHER
        Assistant United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | BROCK ANDERSON |
| **DATE:** | July 18, 2023 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | 21 U.S.C. § 844(a), 21 U.S.C. § 802(32)(A) and 21 U.S.C. § 813 (Simple Possession of a Controlled Substance and Controlled Substance Analogue) |
| | Up to 1 Year Imprisonment |
| | $1,000 Mandatory Minimum up to $100,000 Fine |
| | Up to 1 Year Supervised Release |
| | $25 Special Assessment |
| | Class "A" Misdemeanor |
| **AGENT:** | Tom Wilson/DCI |
| **AUSA:** | Stephanie I. Sprecher, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | No |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |